NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KERENE DAWES,                              )
                                           )
            Appellant,                     )
                                           )
v.                                         )        Case No. 2D17-1412
                                           )
THROY DAWES,                               )
                                           )
            Appellee.                      )
                                           )
_____  )

Opinion filed March 21, 2018.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Manatee County;
Janette Dunnigan, Judge.

Wayne C. Golding, Sr., of The Golding Law
Group, PLC, Orlando, for Appellant.

Mara Shaughnessy of Shaughnessy Law,
PLLC, Brandon, for Appellee.

PER CURIAM.

            Affirmed.

KHOUZAM, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.